WILMERHALE

**VIA ECF**

July 13, 2015

**Ariella Feingold**

+1 617 526 6140 (t)
+1 617 526 5000 (f)
ariella.feingold@wilmerhale.com

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Bradford Bodine v. Canaccord Genuity Inc. and Daniel Daviau*, No. 15-cv-3019 (JGK)

Dear Judge Koeltl:

On behalf of Defendant Canaccord Genuity Inc. ("Canaccord"), and as directed by the Court's May 15, 2015 Order (Docket Entry No. 3), we are writing to inform the Court that Canaccord is a company incorporated in Delaware, with its principal place of business in New York.

Respectfully submitted,

/s/ Ariella Feingold
Ariella Feingold

Cc:   All Counsel (by ECF)