```
UNITED STATES DISTRICT COURT                USDC SDNY
SOUTHERN DISTRICT OF NEW YORK               DOCUMENT
                                            ELECTRONICALLY FILED
                                            DOC# _____
BRADFORD BODINE,                            DATE FILED  7/28/15

                    Plaintiffs,             15 Cv. 3019

        - against -                         ORDER

CANACCORD GENUITY INC. ET AL.,

                    Defendants.
```

JOHN G. KOELTL, District Judge:

The defendants' motion to dismiss is due **August 14, 2015**. The plaintiff's response is due **September 18, 2015**. The reply, if any, is due **October 2, 2015**.

The plaintiff may take expedited discovery, limited to the issue of subject matter jurisdiction.

The parties should advise the Court by **August 14, 2015**, whether they consent to trial before the magistrate judge.

SO ORDERED.

Dated:   New York, New York
         July 27, 2015

                                        _____
                                                John G. Koeltl
                                        United States District Judge