WILMERHALE

**VIA ECF**

**Ariella Feingold**

+1 617 526 6140 (t)
+1 617 526 5000 (f)
ariella.feingold@wilmerhale.com

August 14, 2015

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *Bradford Bodine v. Canaccord Genuity Inc. and Daniel Daviau*, No. 15-cv-3019 (JGK)

Dear Judge Koeltl:

I write on behalf of Defendants Canaccord Genuity Inc. and Daniel Daviau and pursuant to your
Individual Practices § 2(E) to request oral argument on Defendants' Motion to Dismiss, which is
being filed contemporaneously with this letter.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Ariella Feingold          ___
Ariella Feingold

Cc:     All Counsel (by ECF)

Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109

Beijing    Berlin    Boston    Brussels    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington