WILMERHALE

<u>**VIA ECF**</u>

**Ariella Feingold**

+1 617 526 6140 (t)
+1 617 526 5000 (f)
ariella.feingold@wilmerhale.com

August 14, 2015

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *Bradford Bodine v. Canaccord Genuity Inc. and Daniel Daviau*, No. 15-cv-3019 (JGK)

Dear Judge Koeltl:

On behalf of Defendants Canaccord Genuity Inc. and Daniel Daviau, and pursuant to Your Honor's Order dated July 27, 2015, I write to inform the Court that the Defendants do not consent to trial before the magistrate judge.

Respectfully submitted,

/s/ Ariella Feingold
Ariella Feingold

Cc:     All Counsel (by ECF)