UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
BRADFORD BODINE

                        Plaintiff,                        Case No. 15-cv-3019(JGK)

    V.

CANACCORD GENUITY INC. and DANIEL            **NOTICE OF APPEARANCE**
DAVIAU, in his personal and professional
Capacities,

                        Defendants.

------------------------------------------------------------------ X

        **PLEASE TAKE NOTICE** that Bryan L. Arbeit of Wigdor LLP hereby enters his appearance as counsel on behalf of Plaintiff Bradford Bodine in the above-captioned matter.

Dated: September 9, 2015
       New York, New York                        Respectfully submitted,

                                                          WIGDOR LLP

                                                            By: _____
                                                                Bryan L. Arbeit

                                                            85 Fifth Avenue
                                                            New York, NY 10003
                                                            Telephone:  (212) 257-6800
                                                           Facsimile:   (212) 257-6845
                                                           barbeit@wigdorlaw.com

                                                           *Counsel for Plaintiff*