UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/10/15
```

BRADFORD BODINE,

        Plaintiff,

v.

CANACCORD GENUITY INC. and DANIEL DAVIAU, in his personal and Professional capacities,

        Defendants.

Civil Action No. 15-CV-3019

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Jonathan D. Rosenfeld for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of Massachusetts, California and Connecticut, and that his contact information is as follows:

Jonathan D. Rosenfeld
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street,
Boston, MA 02109
Tel: (617) 526-6941
Fax: (617) 526-5000
Email: jonathan.rosenfeld@wilmerhale.com.

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Canaccord Genuity, Inc. and Daniel Daviau in the above-captioned action,

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: ___9/10___, 2015

_____
Honorable John G. Koeltl
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED. _____

BRADFORD BODINE,

    Plaintiff,

v.

CANACCORD GENUITY INC. and DANIEL DAVIAU, in his personal and Professional capacities,

    Defendants.

Civil Action No. 15-CV-3019

## MOTION TO ADMIT (Jonathan D. Rosenfeld)
### *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local rules of the United States District Court for the Southern District of New York, I, Jonathan D. Rosenfeld, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendants Canaccord Genuity, Inc. and Daniel Daviau in this action.

I am an active member of the bar in good standing for the states of Massachusetts, California and Connecticut, and there are no pending disciplinary proceedings against me in any State or Federal Court.

My address is Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, MA 02109, Telephone: (617) 526-6941, Facsimile: (617) 526-5000, email: jonathan.rosenfeld@wilmerhale.com.

Date:  Boston, Massachusetts
       July 27, 2015.

                              /s/ Jonathan D. Rosenfeld
                              Jonathan D. Rosenfeld

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the  fourteenth  day of  June  A.D. 1990, said Court being the highest Court of Record in said Commonwealth:

## Jonathan D. Rosenfeld

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this  fourteenth  day of  July  in the year of our Lord  two thousand and fifteen.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116



# Supreme Court of California

FRANK A. McGUIRE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

## JONATHAN DANA ROSENFELD

I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that JONATHAN DANA ROSENFELD, #124968, was on the 11th day of December 1986 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court
on the 24th day of July 2015.

FRANK A. McGUIRE
Clerk of the Supreme Court

By: _____
Anita Elmer, Deputy Clerk

# State of Connecticut
# Supreme Court

I, **Paul S. Hartan**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

*Do hereby certify*, that, in the Superior Court at   Middletown
on the  9th    day of  June, 1989.

Jonathan D. Rosenfeld

of

Dover, Massachusetts

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.*

*In Testimony Whereof,* I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day July 14, 2015.



*Paul S. Hartan*
Chief Clerk