

**Bryan L. Arbeit**
barbeit@wigdorlaw.com

September 17, 2015

**VIA ECF**

The Honorable Kevin Nathaniel Fox
United States Magistrate Judge
Southern District of New York
40 Center Street – Courtroom 228
New York, New York 10007

      Re:    <u>Bradford Bodine v. Canaccord Genuity Inc., et al.; Case No.: 15-cv-3019(JGK)(NKF)</u>

Dear Judge Fox:

We represent Plaintiff Bradford Bodine in the above-referenced action.  We write jointly with the consent of Defendants to respectfully request an adjournment of the settlement conference currently scheduled on September 23, 2015 at 10:30 a.m.  The adjournment is being requested because the current date falls on a Jewish Holiday.  We already informed the Court's deputy of the conflict.  After conferring with counsel for Defendants, all parties are available for a settlement conference on November 3, 5, and 17.  Accordingly, we respectfully request the settlement conference be adjourned to one of the foregoing proposed dates.

We thank Your Honor for the Court's attention to this matter.

Respectfully submitted,

Bryan L. Arbeit