# WILMERHALE

<u>VIA ECF</u>

September 18, 2015

Ariella Feingold

+1 617 526 6140 (t)
+1 617 526 5000 (f)
ariella.feingold@wilmerhale.com

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Bradford Bodine v. Canaccord Genuity Inc. and Daniel Daviau*, No. 15-cv-3019 (JGK)

Dear Judge Koeltl:

We represent the Defendants Canaccord Genuity Inc. and Daniel Daviau in the above-referenced action. We write jointly with the consent of the Plaintiff to respectfully request an adjournment of the pre-motion conference scheduled for Wednesday, September 23, 2015 at 12:30 p.m.. This adjournment is being requested because the scheduled date falls on a Jewish Holiday and counsel for the parties are therefore unavailable. After conferring with counsel for Plaintiff, all parties are available for a pre-motion conference on September 29, as well as on October 8 and 9, and we respectfully request the pre-motion conference be adjourned to one of the foregoing proposed dates.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Ariella Feingold
Ariella Feingold

Cc:   All Counsel (by ECF)

*[Handwritten: ADJOURNED TO TUESDAY, SEPTEMBER 29, 2015, AT 11:00AM SO ORDERED. [signature] USDJ 9/21/15]*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/21/15

Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109

Beijing    Berlin    Boston    Brussels    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington