UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---
BRADFORD BODINE,

              Plaintiff,           15 CV 3019 (JGK)

    - against -              ORDER

CANACCORD GENUITY, INC., DANIEL DAVIAU,

              Defendants.
---
JOHN G. KOELTL, District Judge:

    The discovery dispute was decided as indicated on the record during today's conference. The pending discovery is stayed until the parties meet with Magistrate Judge Fox. If the case has not settled, then the remaining discovery shall be conducted **within 28 days** of the settlement meeting. The response to the motion to dismiss shall be submitted **15 days after the completion of discovery**. The reply shall be submitted **10 days thereafter**.

SO ORDERED.

Dated:    New York, New York
          September 29, 2015

                                              John G. Koeltl
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/29/15