UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BRADFORD BODINE,

        Plaintiff,

    -against-

CANACCORD GENUITY INC. and DANIEL DAVIAU,
in his personal and professional capacities,

        Defendants.
------------------------------------------------------------------------X

**ORDER**
15 CV 3019 (JGK) (KNF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/15

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that the settlement conference scheduled previously in the above-captioned action for September 23, 2015, shall be held on November 5, 2015, at 10:30 a.m., in courtroom 228, 40 Centre Street, New York, New York.

Dated: New York, New York
       October 1, 2015

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE