UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
BODINE,

                    Plaintiff(s),

    -against-

CANACCORD GENUITY,

                    Defendant(s).
---------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

15 civ 3019 (JGK)

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Tuesday, December 8, 2015,** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

Don Fletcher
Courtroom Case Manager

Dated: New York, New York
       November 20, 2015

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2015