WILMERHALE

<u>**VIA ECF**</u>

**Ariella Feingold**

+1 617 526 6140 (t)
+1 617 526 5000 (f)
ariella.feingold@wilmerhale.com

December 4, 2015

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *Bradford Bodine v. Canaccord Genuity Inc. and Daniel Daviau*, No. 15-cv-3019 (JGK)

Dear Judge Koeltl:

We are writing to you at the recommendation of your Honor's Deputy Clerk, and following
consultation with Plaintiff's counsel. We understand that a pretrial conference was scheduled on
December 8, 2015 at 4:30 p.m. so that the parties could update the Court on the status of the
above-captioned case, specifically as to whether a timetable and schedule exists regarding
Defendants' Motion to Dismiss, which was filed on August 14, 2015.  We are writing to advise
the Court that, pursuant to your Honor's Order dated September 29, 2015 (Docket Entry No. 33)
and the parties' unsuccessful settlement conference,  the parties are proceeding with the briefing
schedule set forth in the September 29, 2015 Order.  Pursuant to such Order, Plaintiff's response
to the Motion to Dismiss is scheduled to be submitted to the Court on December 18, 2015, and
Defendants' reply is scheduled to be submitted on December 28, 2015.  Defendants have also
agreed to provide some additional discovery to Plaintiff by the close of business on December 9,
2015.  In light of the foregoing schedule already in place, we understand that a pretrial
conference may not in fact be needed at this time, but of course defer to your Honor.

Respectfully submitted,

/s/ Ariella Feingold_____
Ariella Feingold

Cc:     All Counsel (by ECF)