# WILMERHALE

**VIA ECF**

December 4, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED. _12-8-15_

Ariella Feingold

+1 617 526 6140 (t)
+1 617 526 5000 (f)
ariella.feingold@wilmerhale.com

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Bradford Bodine v. Canaccord Genuity Inc. and Daniel Daviau*, No. 15-cv-3019 (JGK)

Dear Judge Koeltl:

We are writing to you at the recommendation of your Honor's Deputy Clerk, and following consultation with Plaintiff's counsel. We understand that a pretrial conference was scheduled on December 8, 2015 at 4:30 p.m. so that the parties could update the Court on the status of the above-captioned case, specifically as to whether a timetable and schedule exists regarding Defendants' Motion to Dismiss, which was filed on August 14, 2015. We are writing to advise the Court that, pursuant to your Honor's Order dated September 29, 2015 (Docket Entry No. 33) and the parties' unsuccessful settlement conference, the parties are proceeding with the briefing schedule set forth in the September 29, 2015 Order. Pursuant to such Order, Plaintiff's response to the Motion to Dismiss is scheduled to be submitted to the Court on December 18, 2015, and Defendants' reply is scheduled to be submitted on December 28, 2015. Defendants have also agreed to provide some additional discovery to Plaintiff by the close of business on December 9, 2015. In light of the foregoing schedule already in place, we understand that a pretrial conference may not in fact be needed at this time, but of course defer to your Honor.

Respectfully submitted,

/s/ Ariella Feingold
Ariella Feingold

Cc: All Counsel (by ECF)

*Handwritten order:* THE CONFERENCE ON DECEMBER 8, 2015, IS ADJOURNED PENDING ARGUMENT ON THE MOTION TO DISMISS. THE MOVING PARTY SHALL PROVIDE THE COURT WITH COURTESY COPIES OF ALL PAPERS WHEN FULLY BRIEFED.

SO ORDERED.

12/7/15  /s/ John G. Koeltl
         USDJ

Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109

Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington