# WILMERHALE

December 21, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __12-22-15__

Ariella Feingold

+1 212 937 7521 (t)
+1 212 230 8888 (f)
ariella.feingold@wilmerhale.com

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Bradford Bodine v. Canaccord Genuity Inc. and Daniel Daviau*, No. 15-cv-3019 (JGK)

Dear Judge Koeltl:

In accordance with Rule 1.E of this Court's Individual Practices, Defendants Canaccord Genuity Inc. and Daniel Daviau respectfully submit this letter-motion requesting an additional three days to file a Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss, such that a response would be due by Thursday, December 31, 2015 instead of Monday, December 28, 2015. This brief extension is requested as a result of the upcoming holiday this week and subsequent office closures in the days preceding the original due date. No previous requests for extension have been made for this filing, and the request should not affect any other scheduled dates for this litigation. Plaintiff's counsel has consented to the requested extension.

Respectfully submitted,

/s/ Ariella Feingold
Ariella Feingold

Cc: All Counsel (by ECF)

APPLICATION GRANTED
SO ORDERED
John G. Koeltl, U.S.D.J.

APPLICATION GRANTED
SO ORDERED
John G. Koeltl, U.S.D.J.
12/22/15

Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022
Baltimore   Beijing   Berlin   Boston   Brussels   London   Munich   New York   Northern Virginia   Oxford   Palo Alto   Waltham   Washington