UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

| | | |
|---|---|---|
| Bradford Bodine | Plaintiff, | Case No. 15 Civ. 3019 (JGK) |
| -against- | | |
| Canaccord Genuity Inc., et al. | Defendant. | |

-------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

✔ I have cases pending          ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Bryan L. Arbeit, Esq.
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: BA 1023          My State Bar Number is 4980637

I am,

✔ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Leeds Brown Law, P.C.
             FIRM ADDRESS: 1 Old Country Rd., Suite 347, Carle Place, NY 11514
             FIRM TELEPHONE NUMBER: (516) 873-9550
             FIRM FAX NUMBER: (516) 747-5024

NEW FIRM:    FIRM NAME: Wigdor LLP (as of 6/1/2015)
             FIRM ADDRESS: 85 Fifth Avenue, Fifth Floor, New York, NY 10003
             FIRM TELEPHONE NUMBER: (212) 257-6800
             FIRM FAX NUMBER: (212) 257-6845

✔ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: December 31, 2015

_____
ATTORNEY'S SIGNATURE