UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
BRADFORD BODINE,

                Plaintiff(s),

**NOTICE OF ORAL ARGUMENT**

-against-

CANACCORD GENUITY, INC.,

15 civ 3019 (JGK)

                Defendant(s).
------------------------------------------------------X

To All Parties,

    You are directed to appear for oral argument on the pending motion(s), to be held on

**Tuesday, March 15, 2016, at 10:30am,** in Courtroom 12B, in front of the Honorable John G.

Koeltl.

    **All requests for adjournments must be made in writing to the Court.**

    For any further information, please contact the Court at (212) 805-0107.

                                                      **Don Fletcher**

                                        **Courtroom Case Manager**

Dated: New York, New York
           January 28, 2016

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/2016
```